37114.  BROWN *v.* LEDGER-ENQUIRER COMPANY.
37124.  GRIMES *v.* LEDGER-ENQUIRER COMPANY.

NICHOLS, Judge.  The judgments of this court (*Brown* v. *Ledger-Enquirer Co.*, and *Grimes* v. *Ledger-Enquirer Co.*, 97 *Ga. App.* 595, 103 S. E. 2d 616), reversing the judgments of the

trial court sustaining the defendant's general demurrer to the plaintiffs' petitions having been reversed by the Supreme Court of Georgia on certiorari (*Ledger-Enquirer Co.* v. *Brown; Ledger-Enquirer Co.* v. *Grimes*, 214 *Ga.* 422, 105 S. E. 2d 229), the said judgments of this court are vacated and the judgments of the trial court are affirmed in accordance with the judgments of the Supreme Court.

*Judgments affirmed. Felton, C. J., and Quillian, J., concur.*

DECIDED OCTOBER 24, 1958.

*James H. Fort, Al Williams,* for plaintiffs in error.
*Foley, Chappell, Kelly & Champion,* contra.